**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

PEDRO MANRIQUE NUNEZ,

Petitioner,

v.

TODD BLANCHE, *et al.*,

Respondents.

Case No.: 2:26-cv-03147-RFB-BNW

**ORDER**

Since entry of the Standard Procedures for *Pro Se* Immigration Habeas Petitions Order (ECF No. 3), it has come to the Court's attention that Petitioner, Pedro Manrique Nunez, has another habeas proceeding pending in this District: Pedro Nunez Manrrique v. DHS, No. 2:26-CV-02481-CDS-DJA.

Accordingly, **IT IS HEREBY ORDERED** that, on or before October 9, 2026, Petitioner, with the assistance of counsel, must indicate whether Petitioner intends to proceed with their petition in the instant case, or in Petitioner's duplicate proceeding pending before this Court. See Pedro Nunez Manrrique v. DHS, No. 2:26-CV-02481-CDS-DJA.

**DATED:** October 5, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**